**UNITED STATES of America,**
**Plaintiff—Appellee,**

v.

**Anthony SMITH, a.k.a. Antonio Smith,**
**a.k.a. Tony Smith, Defendant—**
**Appellant.**

No. 09–16339
**Non–Argument Calendar.**

United States Court of Appeals,
Eleventh Circuit.

Aug. 12, 2010.

Robert A. Ratliff, Robert A. Ratliff, P.C., Mobile, AL, for Defendant–Appellant.

Steven E. Butler, Mobile, AL, for Plaintiff–Appellee.

Before DUBINA, Chief Judge, WILSON and ANDERSON, Circuit Judges.

PER CURIAM:

Robert Ratliff, appointed counsel for Anthony Smith in this appeal, has moved to withdraw from further representation of the appellant and has filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED,** and the revocation of Smith's supervised release and resulting sentence are **AFFIRMED.**